IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DIANA E. PHARRIS,<br><br>        Plaintiff,<br><br>   v.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social Security,<br><br>        Defendant | Case No.: 1:10-cv-01323 JLT<br><br>ORDER GRANTING EXTENSION OF TIME<br><br>(Doc. 12) |

Parties have stipulated by counsel to extend the period of time for Plaintiff Diana Pharris to file her Opening Brief. The Scheduling Order allows a single thirty-day extension by the stipulation of parties. (Doc. 6 at 4). According to the terms of the stipulation, it is HEREBY ORDERED:

Plaintiff is granted an extension of time until **March 31, 2011**, to file her Opening Brief.

IT IS SO ORDERED.

Dated: **March 29, 2011**                                    /s/ Jennifer L. Thurston
                                                                              UNITED STATES MAGISTRATE JUDGE

1